■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WANNAMAKER, Appellant.— Motion for permission to appeal as a poor person, for assignment of counsel and for an order directing the Otsego County Clerk

to furnish petitioner certain papers and minutes free of charge. Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.